# SIRIANO & BERNSTEIN, PC
## ──────── ATTORNEYS AT LAW ────────

Anthony F. Siriano
Anthony@sbnylaw.com

Mark F. Bernstein
Mark@sbnylaw.com

May 24, 2023

**VIA ECF AND EMAIL**
Presiding Magistrate Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    **United States v. Lopez [Edwin Ortiz]**
               **23-mj-03213 (UA)**

Dear Your Honor:

      I represent Edwin Ortiz in the above referenced matter. I write this letter seeking the consent of Your Honor to have Mr. Ortiz's electronic monitoring device removed temporarily. He is scheduled to undergo a gastrectomy laparoscopic sleeve surgery on May 31, 2023 at Montefiore Hospital located at 110 East Gun Hill Road, Bronx, New York. According to the attached medical documentation the location monitoring device will need to be removed in order for the procedure to go forward. This will be a temporary removal of the device and prompt placement of the bracelet by Pretrial Services once Mr. Ortiz is discharged from the hospital. As informed by P.O. Marlon Ovalles who suggested this application, if the request is granted, Pretrial Services will ensure the defendant stays at the hospital by conducting video calls with Mr. Ortiz as well as speaking to the hospital staff to ensure he is at hospital. Pretrial Services consents to the removal of the bracelet for this procedure as does the Government through AUSA Camille Fletcher.

      Thank you in advance for your consideration. I respectfully request the Court to issue a decision as quickly as possible due to the fact that surgery is scheduled for May 31, 2023 and Mr. Ortiz's doctors informed him of this need only last evening.

Yours truly,

SIRIANO & BERNSTEIN, P.C.

Anthony F. Siriano
AFS: do

cc: AUSA Camille Fletcher by Electronic Mail

*Granted. So Ordered*
*[signature]*
*USMJ*
*5/24/23*

Main Office 3867 E. Tremont Avenue • Bronx, NY 10465 • 718.823.2600 • 718.823.3488 fax
White Plains 399 Knollwood Road, Suite 301 • White Plains, NY 10603 • 914.592.5000 • 914.358.1381 fax
sbnylaw.com